| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Pacific Trial Attorneys <br> A Professional Corporation <br> Scott J. Ferrell, Bar No. 202091 <br> sferrell@pacifictrialattorneys.com <br> 4100 Newport Place, Ste. 800 <br> Newport Beach, CA  92660 <br> Tel: (949) 706-6464 <br> Fax: (949) 706-6469 | |
| ATTORNEY(S) FOR:  Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KATHY LIRA, individually and on behalf of all others similarly situated, <br>                                     Plaintiff(s), <br> v. <br> BUMP BOXES, INC., an Illinois corporation; and DOES 1 – 10, inclusive, <br>                                     Defendant(s) | CASE NUMBER: <br> 8:18-cv-00422 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff Kathy Lira_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kathy Lira | Plaintiff |
| Bump Boxes, Inc. | Defendant |

| March 16, 2018 | /s/ Scott J. Ferrell |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff