PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Jonathan LA Phillips
jphillips@shay-law.com
Shay Phillips, Ltd.
230 SW Adams Street, Suite 310
Peoria, Illinois 61602
Tel:   (309) 494-6155
Fax:   (309) 494-6156

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY LIRA, individually and on behalf of all others similarly situated, | Case No. 8:18-cv-422-AG-JDE |
| Plaintiff, | Hon. Andrew J. Guilford |
| v. | |
| BUMP BOXES, INC., an Illinois corporation and DOES 1-10, inclusive | ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| Defendants. | |

The Court, having considered the Stipulation to Extend Time to Respond to Complaint filed by Kathy Lira and Bump Boxes, Inc. and finding GOOD CAUSE to grant the relief sought, hereby orders as follows:

Bump Boxes, Inc.'s response to the Complaint shall be due on June 1, 2018.

**NO FURTHER CONTINUANCES WILL BE GRANTED WITHOUT A FURTHER VERY STRONG SHOWING OF GOOD CAUSE.**

Dated:     May 02, 2018

United States District Judge
Andrew J Guilford